IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
ex rel. MISTY MURPHY,                                        PLAINTIFFS


V.                          CASE NO. 4:02-CV-440 (RSW)


BAPTIST MEDCARE, INC.
d/b/a PRACTICE PLUS,                                         DEFENDANT.


**ORDER OF DISMISSAL**

The United States of America, through United States Attorney

Jane W. Duke and Assistant United States Attorney Dan Stripling,

has filed a consent to dismiss the False Claims Act counts of

this lawsuit (Counts One and Two).  Relator Misty Murphy has

proposed a dismissal of those counts.  Under 31 U.S.C. §

3730(b)(1), before a False Claims Act claim brought by a private

person may be dismissed, the Attorney General must give its

written consent to the dismissal.  The Court **ACCEPTS** the written

consent of the United States Attorney for the Eastern District of

Arkansas.  Counts One and Two of the Second Amended Complaint

(doc. #43) are **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

Dated this 20th day of May, 2008.


RODNEY S. WEBB  District Judge
United States District Court