IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MISTY MURPHY                                                                PLAINTIFF

v.                                    No. 4:02cv440 RSW

BAPTIST MEDCARE, INC.                                                DEFENDANT

ORDER RE: GENERAL ORDER 54 OF THE EASTERN DISTRICT OF ARKANSAS

A jury trial in this matter will begin at 1:00 p.m. on Monday, December 1, 2008 in

Courtroom 1B (usually assigned to Magistrate Judge Cavaneau).  Accordingly, all attorneys and

staff affiliated with this case are authorized to bring cell phones, laptop computers, digital

cameras or personal digital assistants into the courthouse during the course of this trial, subject

to the following rules:

   (A) The devices mentioned above may not be used to record, photograph or film anyone
    or anything inside the courthouse.

   (B) Cell phones must be turned off and put away when in the courtroom.

   (C) Wireless internet components of electronic devices must be deactivated when in the
    courtrooms.

   (D) Before persons with electronic devices are granted entry into the courthouse, all
    devices must be examined by the United States Marshals Service or Court Security
    Personnel.  This examination includes, but is not limited to, placing the device through
     the electronic screening machines and requiring the person possessing the device to
    turn the power to the device off and on.

   (E) The United States Marshals Service may further restrict electronic devices from
    entering the building should a threat assessment so dictate.

   (F) Counsel and/or staff shall have a copy of this order in their possession each time they
    attempt to enter the courthouse with an electronic device.

A violation of the conditions of possession may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse or other sanctions. A violation of the prohibition on recording, photographing or filming anyone or anything inside the courthouse may be punished as contempt of court.

It is so ordered this 25th day of November, 2008.


RODNEY S. WEBB  District Judge
United States District Court