```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION

Misty Murphy,                    )
                                 )
              Plaintiff,         )
                                 )
    vs.                          )
                                 )     Case No. 4:02-cv-440
                                 )
Baptist Medcare, Inc.,           )
d/b/a Practice Plus              )
                                 )
              Defendant.         )
```

### FINAL INSTRUCTION ORDER

**A.   Plaintiff's Proposed Jury Instructions**

Instruction No. 1:  Essential Elements - Retaliation
Action:   Given as Final Instruction No. 3

Instruction No. 2:  Employer's Defense
Action:   Given as Final Instruction No. 4

Instruction No. 3:  Damages
Action:   Covered in Final Instruction No. 10

Instruction No. 4:  Verdict
Action:   Covered in Final Instruction No. 11

Instruction No. 5a:  Essential Elements - Wrongful Termination
Action:   Denied

Instruction No. 5b:  Essential Elements - Wrongful Termination
Action:   Denied

Instruction No. 6:  Public Policy Violation
Action:   Denied

Instruction No. 7a:  Protected Activity
Action:   Covered in Final Instruction No. 6

Instruction No. 7b:  Protected Activity
Action:   Given as Final Instruction No. 5

Instruction No. 7c:  Protected Activity
Action:   Covered in Final Instruction No. 6

1

**B.   Defendant's Proposed Jury Instructions**

Instruction No. 1:  Essential Elements - Retaliation
Action:   Covered in Final Instruction No. 3

Instruction No. 2:  "Fraud Against the Government" Defined
Action:   Covered in Final Instruction No. 7

Instruction No. 3:  Protected Activity
Action:   Covered in Final Instruction No. 5

Instruction No. 4:  Verdict
Action:   Covered in Final Instruction No. 11

Instruction No. 5:  8th Cir. Civil Jury Instr. § 3.01 (2007)
Action:   Given as Final Insruction No. 1

Instruction No. 6:  8th Cir. Civil Jury Instr. § 3.02 (2007)
Action:   Covered in Preliminary Instructions No. 4 and No. 8 and Final Instructions No. 1 and No. 11

Instruction No. 7:  8th Cir. Civil Jury Instr. § 3.03 (2007)
Action:   Covered in Preliminary Instruction No. 13

Instruction No. 8:  8th Cir. Civil Jury Instr. § 3.04 (2007)
Action:   Covered in Preliminary Instruction No. 5

Instruction No. 9:  8th Cir. Civil Jury Instr. § 3.06 (2007)
Action:   Covered in Final Instruction No. 11

Instruction No. 10:  Damages
Action:   Covered in Final Instruction No. 10

Instruction No. 11:  Wrongful Discharge
Action:   Covered in Final Instruction No. 8

Instruction No. 12: Employment Terminiable At Will
Action:   Denied

Instruction No. 12: Violation of Public Policy
Action:   Denied

**IT IS SO ORDERED.**

Dated this  5th day of December, 2008.

_Rodney S. Webb_
RODNEY S. WEBB, DISTRICT JUDGE
UNITED STATES DISTRICT COURT